# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM SLONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | NO. 1:13-CV-4041-WBH |
| KRD TRUCKING, INC. and ) | |
| KENNETH G. ANDRESON[sic] ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its own costs.

Submitted this 9th day of April, 2014.

/s/ Regina S. Molden
Regina S. Molden
Georgia Bar No. 515454
Diona M. Potter
Georgia Bar No. 230108
Molden & Holley, LLC
Peachtree Center-Harris Tower
233 Peachtree Street, NE, Suite 1245
Atlanta, GA  30303
Telephone: (404) 324-4500
Facsimile:  (404) 324-4501
rmolden@moldenholley.com
dpotter@moldenholley.com

Attorneys for Plaintiff

/s/ Thomas H. Christopher
Thomas H. Christopher
Georgia Bar No. 125512
Kilpatrick Townsend & Stockton LLP
Suite 2800, 1100 Peachtree Street NE
Atlanta, Georgia 30309-4528
Tel:  (404) 815-6385
Email:  TChristopher@ktslaw.com

Attorney for Defendants